UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRIS WEBB,                                             Plaintiff,

v.                                           Civil Action No. 3:17-cv-498-DJH-DW

WAKEFIELD & ASSOCIATES, INC., et al.,                Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Chris Webb having filed a notice of voluntary dismissal with prejudice as to his claims against Defendants Wakefield & Associates, Inc. and Experian Information Solutions, Inc. (Docket No. 15), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Webb's claims against Wakefield & Associates and Experian Information Solutions are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Wakefield & Associates, Inc. and Experian Information Solutions, Inc. as defendants in the record of this matter.

(2)    All claims having been resolved (*see* D.N. 13), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket. All dates and deadlines are **VACATED**.

February 13, 2018

**David J. Hale, Judge**
**United States District Court**

1